# RETURN OF SERVICE

Court: **SUPERIOR COURT OF NEW JERSEY**
**LAW DIVISION**
**MONMOUTH COUNTY**

Case No.: **L 2682-16**

Plaintiff: **Alan Brahamsha, individually and on behalf of all others similarly situated**
vs.
Defendant: **Supercell OY, a Finnish limited company**

I, __LUIZ A PIMENTEL__, being duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee/agent of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199. I further acknowledge that I am authorized to effectuate service of process in the State of __CALIFORNIA__.

Type of Process: **Civil Action Summons and Class Action Complaint and Demand for Jury Trial**

Defendant to be served: **Supercell OY, c/o Jennifer Kelly**

Address where attempted or served: **Fenwick & West LLP, 555 California Street, 13th Floor, San Francisco, CA 94104**

On __NOV. 2, 2016__ at __2:40 PM__, I ☑ Served ( ) Non-served the within named defendant in the following manner:

☐ **INDIVIDUAL SERVICE:** By delivering a copy of this process to the within named Defendant personally.

☑ **CORPORATE SERVICE:** By leaving a copy of this process with __CYNTHIA RODRIGUEZ__
(Title) __ASSISTANT__, a person authorized to accept service and informed the person of the contents thereof.

☐ **SUBSTITUTE SERVICE:** By leaving a copy of this process at his/her usual place of abode with _____ (Relationship)_____, a person residing therein who is the age of 13 years or upwards and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on _____, 2016.

☐ **NON SERVICE:** I have been unable to effect service because of the following reason(s):
_____
_____

Description of person process was left with:

Sex: __F__  Race: __HISP__  Hair: __BR__  Approx. Age: __25/30__  Height: __5'4"__  Weight: __140__

Comments: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

FURTHER AFFIANT SAYETH NOT.

State of _California_
County of _San Mateo_

X _____
LUIZ A PIMENTEL #2014-000982 SAN FRANCISCO COUNTY
11-3-16
(Executed on)

Subscribed and Sworn to before me on this
3rd day of _November_, 2016.

_____
Signature of Notary Public

Job: 341646
File:

ROBERTA J. ANDERSON
Commission # 2056208
Notary Public - California
San Mateo County
My Comm. Expires Feb 24, 2018