Jeffrey J. Greenbaum
Charles J. Falletta
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, NJ 07102-5400
Telephone:   973.643.7000
Facsimile:    973.643.6500

Jennifer L. Kelly (*pro hac* application pending)
Tyler Newby (*pro hac* application pending)
**FENWICK & WEST LLP**
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:   415.875.2300
Facsimile:    415.281.1350

*Attorneys for Defendant*
SUPERCELL OY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ALAN BRAHAMSHA, individually and on behalf of all others similarly situated, | : | Civil Action No. 16-8440 (FLW)(DEA) |
| | : | Hon. Freda L. Wolfson, U.S.D.J. |
| Plaintiff, | : | Return Date:  January 3, 2017 |
| v. | : | |
| SUPERCELL OY, a Finnish limited company, | : | **DEFENDANT SUPERCELL OY'S NOTICE OF MOTION TO DISMISS** |
| Defendant. | : | |
| | : | |

**PLEASE TAKE NOTICE** that on January 3, 2017, or as soon thereafter as counsel may be heard, Defendant Supercell Oy will move before the Honorable Freda L. Wolfson, United States District Judge, at the United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, for an Order

dismissing Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that in support of the Motion, Defendant will reply upon the accompanying Memorandum of Law, Certification of Jeffrey J. Greenbaum, and the pleadings.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order is supplied herewith.

        Respectfully submitted,

        SILLS CUMMIS & GROSS P.C.

By: */s/ Jeffrey J. Greenbaum*
    Jeffrey J. Greenbaum
    Charles J. Falletta
    **SILLS CUMMIS & GROSS P.C.**
    One Riverfront Plaza
    Newark, NJ 07102-5400
    Telephone: (973) 643-7000
    Facsimile: (973) 643-6500

    *Attorneys for Defendant*
    SUPERCELL OY

Dated: December 2, 2016

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 2, 2016, Defendant Supercell OY's Notice of Motion to Dismiss, Memorandum of Law, Certification of Jeffrey J. Greenbaum, and proposed form of Order were electronically filed with the Court and served on all counsel of record by using the CM/ECF system.

*/s/ Jeffrey J. Greenbaum*
Jeffrey J. Greenbaum