# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALAN BRAHAMSHA, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>*v.*<br><br>SUPERCELL OY, a Finnish limited company,<br><br>*Defendant.* | Case No. 3:16-cv-08440<br><br>Hon. Freda L. Wolfson<br><br>**DECLARATION OF BENJAMIN H. RICHMAN** |

I, Benjamin H. Richman, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am an attorney admitted to practice *pro hac vice* before this Court. I am entering this declaration in support of Plaintiff's Motion for Remand to State Court. This declaration is based upon my personal knowledge, except where expressly noted otherwise. If called upon to testify as to the matters stated herein, I could and would competently do so.

2.      I am Managing Partner of the Chicago office of Edelson PC, which has been retained to represent the named plaintiff in this matter, Alan Brahamsha.

3.     On July 28, 2016, my firm filed a lawsuit on behalf of Mr. Brahamsha against Defendant Supercell Oy ("Supercell") in the Superior Court of New Jersey, Monmouth Vicinage.

4.     Supercell removed the case to this Court pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and 1453 on November 11, 2016.

5.     On December 2, 2016, Supercell filed its Motion to Dismiss, which alleges, in part, that Plaintiff has not alleged injury sufficient to meet Article III's constitutional standing requirements.

6.     On December 5, 2016, while the case was pending in this Court, I began corresponding via email with Jeffrey Greenbaum and Charles Falletta of Sills Cummis & Gross, P.C., and Jennifer Kelly of Fenwick & West LLP, counsel for Supercell, regarding Supercell's pending motion to dismiss. During the exchange of emails and based on Supercell's pending motion, I asked if they had any objection to Plaintiff seeking remand given Supercell's position that Plaintiff Brahamsha lacks Article III standing. Mr. Greenbaum informed me that Supercell did not consent to remand and would oppose any such motion. I thereafter informed defense counsel that I believed a motion for remand should be decided before briefing on the motion to dismiss proceeds, explaining my concern that briefing on the motion to dismiss would lead to an unnecessary expenditure of time and other resources by all involved. During our exchange, I also informed defense

counsel that my firm would be seeking fees and costs in obtaining remand pursuant to 28 U.S.C. § 1447(c).

       7.      As a direct result of Supercell's removal of the case to this Court and subsequent filing of its motion to dismiss, I and other attorneys at my firm, Roger Perlstadt and Jacob Wright, as well as our law clerk, Michael Ovca, have collectively spent more than 24 hours on these issues, for a total amount of $8,968.10 in attorney-time. The hours we have worked, as well as our years of experience and hourly rates, are summarized below:

| Name | Years Experience | Hours Worked | Hourly Rates | Total |
|---|---|---|---|---|
| Richman, Benjamin (Managing Partner, Chicago Office) | 7 | 6.10 | $525 | $3,202.50 |
| Perlstadt, Roger (Partner) | 13 | 1.74 | $600 | $1,044.00 |
| Wright, Jacob (Associate) | 3 | 10.25 | $335 | $3,433.75 |
| Ovca, Michael (Law Clerk) | N/A | 5.99 | $215 | $1,287.85 |
| **Total** | | 24.08 | | **$8,968.10** |

       8.      In my opinion, this expenditure of time was reasonable. Each attorney involved made a conscious effort to avoid duplication of work. In fact, while other attorneys have incurred billable time as a result of this issue, their hours are not included in our calculation nor are we seeking reimbursement for their time spent on these issues. Additionally, because we represent Mr. Brahamsha on a

contingency basis and are not being paid by the hour in this matter, we have every incentive to conduct our efforts efficiently.

9.      It is the firm policy of Edelson PC that each attorney is responsible for keeping track of his or her billable time by *at least* the tenth of the hour. Those billing records are centralized in a billing management software program known as "FreshBooks." Attached as Exhibit A to this Declaration is a copy of the billing records generated by Freshbooks for the time my firm spent on this matter related to the removal of this case to federal court.

10.      In addition to the work already performed, I expect that I and other attorneys at my firm will spend additional time on this matter as a result of Supercell's removal of the case to federal court and subsequent filing of its motion to dismiss for lack of Article III standing, including, but not limited to, appearance in court on the Motion for Remand and possible additional briefing in this Court.

I declare under penalty of perjury that the above and foregoing is true and accurate. Executed on this 15th day of December 2016 at Chicago, Illinois.

s/ Benjamin H. Richman
Benjamin H. Richman

# EXHIBIT A

# Estimated Billing by Team

Edelson PC

Between January 01, 2016 and December 15, 2016

| | Client | Project | Task | Notes | Hours | Billed | Estimated Billing |
|---|---|---|---|---|---|---|---|
| **Ovca, Michael** | | | | | | | |
| 12/07/16 | Class Action Cases | Brahamsha v. Supercell OY | Legal Research | Researched 3rd Cir. case law regarding removal and associated fees. | 2.89 | | $621.35 USD |
| 12/08/16 | Class Action Cases | Brahamsha v. Supercell OY | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Drafted and reviewed motion for remand. | 3.10 | | $666.50 USD |
| **Total** | | | | | **5.99** | | **$1,287.85** USD |
| **Perlstadt, Roger** | | | | | | | |
| 12/06/16 | Class Action Cases | Brahamsha v. Supercell OY | Legal Research | Research re: moving to dismiss for lack of jurisdiction following remand | 1.29 | | $774.00 USD |
| 12/08/16 | Class Action Cases | Brahamsha v. Supercell OY | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Review/edit draft motion for remand | 0.45 | | $270.00 USD |
| **Total** | | | | | **1.74** | | **$1,044.00** USD |
| **Richman, Ben** | | | | | | | |
| 12/03/16 | Class Action Cases | Brahamsha v. Supercell OY | Communications/Meetings/Court | Exchanged e-mails w/ CB & JW re motion to dismiss. | 0.20 | | $105.00 USD |
| 12/03/16 | Class Action Cases | Brahamsha v. Supercell OY | Legal Research | Briefly reviewed JW's and RB's research re standing and remand in 3rd Circ. | 0.50 | | $262.50 USD |
| 12/03/16 | Class Action Cases | Brahamsha v. Supercell OY | Pleadings/Mot Practice/Settlement | Reviewed and analyzed motion to dismiss. | 1.70 | | $892.50 USD |
| 12/05/16 | Class Action Cases | Brahamsha v. Supercell OY | Communications/Meetings/Court | Exchanged e-mails w/ opposing counsel. | 0.30 | | $157.50 USD |
| 12/06/16 | Class Action Cases | Brahamsha v. Supercell OY | Communications/Meetings/Court | Exchanged e-mails w/ opposing counsel. | 0.20 | | $105.00 USD |
| 12/07/16 | Class Action Cases | Brahamsha v. Supercell OY | Communications/Meetings/Court | Exchanged e-mails w/ opposing counsel. | 0.30 | | $157.50 USD |
| 12/07/16 | Class Action Cases | Brahamsha v. Supercell OY | Communications/Meetings/Court | Discussion w/ MO re drafting motion to remand. | 0.30 | | $157.50 USD |
| 12/07/16 | Class Action Cases | Brahamsha v. Supercell OY | Communications/Meetings/Court | Exchanged e-mails w/ JW re preparing request to stay briefing on motion to dismiss. | 0.40 | | $210.00 USD |
| 12/08/16 | Class Action Cases | Brahamsha v. Supercell OY | Communications/Meetings/Court | Reviewed defense counsel's draft joint request and proposed statement regarding plaintiff's posi ion on dismissal. | 0.10 | | $52.50 USD |
| 12/08/16 | Class Action Cases | Brahamsha v. Supercell OY | Communications/Meetings/Court | Exchanged e-mails w/ defense counsel re draft joint request. | 0.10 | | $52.50 USD |
| 12/08/16 | Class Action Cases | Brahamsha v. Supercell OY | Communications/Meetings/Court | Discussion w/ CB re edits to draft joint request. | 0.10 | | $52.50 USD |
| 12/10/16 | Class Action Cases | Brahamsha v. Supercell OY | Pleadings/Mot Practice/Settlement | Reviewed and revised draft request to stay briefing on motion to dismiss. | 0.40 | | $210.00 USD |
| 12/10/16 | Class Action Cases | Brahamsha v. Supercell OY | Pleadings/Mot Practice/Settlement | Reviewed and analyzed MO's and RP's draft motion to remand. | 1.00 | | $525.00 USD |

| | Client | Project | Task | Notes | Hours | Billed | Estimated Billing |
|---|---|---|---|---|---|---|---|
| 12/13/16 | Class Action Cases | Brahamsha v. Supercell OY | Pleadings/Mot Practice/Settlement | Reviewed and revised draft declaration in support of motion to remand. | 0.40 | | $210.00 USD |
| 12/15/16 | Class Action Cases | Brahamsha v. Supercell OY | Communica ions/Meetings/Court | Discussion w/ CB re finalizing motion to remand and request to stay briefing on motion to dismiss for filing. | 0.10 | | $52.50 USD |
| **Total** | | | | | **6.10** | | **$3,202.50** USD |

**Wright, Jacob**

| | Client | Project | Task | Notes | Hours | Billed | Estimated Billing |
|---|---|---|---|---|---|---|---|
| ■ | ■ | ■ | ■ | ■ | ■ | | ■ ■ |
| ■ | ■ | ■ | ■ | ■ | ■ | | ■ ■ |
| ■ | ■ | ■ | ■ | ■ | ■ | | ■. ■ |
| ■ | ■ | ■ | ■ | ■ | ■ | | ■. ■ |
| ■ | ■ | ■ | ■ | ■ | ■ | | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ | | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ | | ■ ■ |
| ■ | ■ | ■ | ■ | ■ | ■ | | |
| ■ | ■ ■ | ■ | ■ | ■ | ■ | | ■. ■ |
| ■ | ■ | ■ | ■ | ■ | ■ | | ■ ■ |
| 12/03/16 | Class Action Cases | Brahamsha v. Supercell OY | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Research NJ standing law | 0.50 | | $167.50 USD |
| 12/08/16 | Class Action Cases | Brahamsha v. Supercell OY | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Draft of letter re motion to remand | 1.50 | | $502.50 USD |
| 12/09/16 | Class Action Cases | Brahamsha v. Supercell OY | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Edits to letter re motion to remand | 1.00 | | $335.00 USD |
| 12/13/16 | Class Action Cases | Brahamsha v. Supercell OY | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Preparation of motion for remand and edits to letter | 3.50 | | $1,172.50 USD |
| 12/13/16 | Class Action Cases | Brahamsha v. Supercell OY | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Review of motion for remand | 2.00 | | $670.00 USD |
| 12/13/16 | Class Action Cases | Brahamsha v. Supercell OY | Pleadings/Briefs/Pre-Trial Motions/Legal Research | Draft of declara ion in support of Motion for remand | 1.00 | | $335.00 USD |
| 12/14/16 | Class Action Cases | Brahamsha v. Supercell OY | Miscellaneous | Draft of notices to receive electronic filing | 0.75 | | $251.25 USD |
| **Total** | | | | | **10.25** | | **$3,433.75** USD |
| | | | | | | | |
| **ALL TOTAL** | | | | | **24.08** | | **$8,968.10** USD |