UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ALAN BRAHAMSHA, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>SUPERCELL OY, a Finnish limited company,<br><br>    Defendant. | Civil Action No.: 16-8440 (FLW)(DEA)<br><br>**ORDER** |

**THIS MATTER** having been opened to the Court by Stefan L. Coleman, Esq., counsel for plaintiff Alan Brahamsha ("Plaintiff"), on a request for a stay of the briefing schedule in connection with defendant Supercell OY's ("Defendant") motion to dismiss, until the Court decides Plaintiff's motion for remand; it appearing that Defendant filed its motion to dismiss on December 2, 2016; it appearing that Plaintiff filed his motion for remand, and his letter requesting a stay of the briefing schedule, on December 15, 2016; it appearing that Defendant filed a letter objecting to Plaintiff's request on December 19, 2016, and Plaintiff filed a reply letter on December 20, 2016; it appearing that the Court has considered Plaintiff's request, as well as Defendant's objections; for good cause shown,

**IT IS** on this 22nd day of December, 2016,

**ORDERED** that Plaintiff's request to stay the briefing schedule in connection with Defendant's motion to dismiss is denied; it is further

**ORDERED** that briefing shall continue simultaneously with respect to both Plaintiff's motion for remand and Defendant's motion to dismiss.

/s/ Freda L. Wolfson
Freda L. Wolfson
United States District Judge

2